| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 8A |
|---|---|

BASSETT FURNITURE INDUSTRIES INC., et al.,

                          Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

                          Defendant.

Court No. 19-00073

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: December 5, 2024

                        J. Michael Taylor
                        Attorney for Plaintiff

                        1700 Pennsylvania Avenue, NW
                        Street Address

                        Washington, D.C. 20006
                        City, State and Zip Code

                        (202) 737-0500
                        Telephone No.

                        Beverly A. Farrell
                        Attorney for Defendant

                        26 Federal Plaza
                        Street Address

                        New York, NY 10278
                        City, State and Zip Code

                        (212) 264-0483
                        Telephone No.

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| Court No. 19-00073 | Bassett Furniture Industries Inc., et al., |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: ___December 5, 2024___

                                      Clerk, U. S. Court of International Trade

                                      By: _____/s/ Lewis Hugh_____
                                                   Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)